US DISTRICT COURT
NORTHERN DISTRICT OF OHIO (CLEVELAND)

| | |
|---|---|
| CYNTHIA NORTON, et al., ) | CASE NO. 1:17-CV-01023 |
| ) | |
| Plaintiffs, ) | JUDGE DAN AARON POLSTER |
| ) | |
| Vs. ) | |
| ) | **DISMISSAL ENTRY** |
| ) | **WITH PREJUDICE** |
| ) | |
| VILLAGE ON THE GREEN LIMITED ) | |
| PARTNERSHIP, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff's Complaint is hereby dismissed with prejudice. Case Closed. Costs in excess of deposit to defendants.

_____  11/6/2017
Judge

Approved:

_____
Scott D. Perlmuter, Counsel for Plaintiffs

_____ (w consent)
Patrick D. Riley, Counsel for Defendants
AP (0082856)